UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEAN HALL,

                Plaintiff,

v.

NEW YORK CITY HOUSING DEPARTMENT,

                Defendant.

**MEMORANDUM & ORDER**
22-CV-6692 (HG) (SJB)

**HECTOR GONZALEZ**, United States District Judge:

    Plaintiff Dean Hall filed this *pro se* action on October 27, 2022, against the New York City Housing Authority, alleging: (i) defamation, and (ii) deprivation of his civil rights in violation of 42 U.S.C. § 1983. By Memorandum and Order dated November 28, 2022, the Court dismissed Plaintiff's complaint without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure and granted Plaintiff 35 days leave to file an amended complaint. Plaintiff was warned that if he failed to comply with the Order within the time allowed, or cure the deficiencies discussed in the Court's November 28, 2022, Memorandum and Order, judgment would enter dismissing the action.

    On January 4, 2023, the Court *sua sponte* extended Plaintiff's time to file an amended complaint to February 1, 2023, because Plaintiff had not done so. Plaintiff was again warned that failure to submit an amended complaint by February 1, 2023, will result in the dismissal of Plaintiff's case. To date, Plaintiff has not filed an amended complaint.

    Accordingly, the complaint, filed *in forma pauperis*, is dismissed without prejudice for failure to comply with Rule 8. 28 U.S.C. § 1915(e)(2)(B).

    The Clerk of Court is directed to enter judgment, and to mail a copy of this Order to Plaintiff.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/s/ Hector Gonzalez
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
February 7, 2023

2